KONSTANTIN E. SUNYGIN, as Surviving Partner of the Firm of K. E. SUNYGIN and W. N. WTOROFF, Respondent, *v.* EAGLE LOCK COMPANY, Appellant.

(Argued October 8, 1929; decided October 22, 1929.)

*Carroll Blakely Low* and *Walter Carroll Low* for appellant.
*Borris M. Komar* and *Louis P. Eisner* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.